IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ISMAEL ORIA,
    Petitioner,

vs.                                      Case No. 3:04cv407/RV/EMT

DONALD F. BAUKNECHT, WARDEN
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 2, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (Doc. 1) is **DENIED** and the clerk is directed to close the file.

**DONE AND ORDERED** this 6th day of September, 2005.

                                        /s/ *Roger Vinson*
                                        **ROGER VINSON**
                                        **UNITED STATES SENIOR JUDGE**